Pitts & Pitts, of Selma, for appellant.

A. A. Carmichael, Atty. Gen., and John J. Haynes, Asst. Atty. Gen., for the State.

RICE, Judge.

Affirmed.

167 So. 922

## Ex parte H. E. MITCHELL.
### 8 Div. 249.

Court of Appeals of Alabama.
Feb. 4, 1936.

Application for Rehearing Dismissed on Motion of petitioner March 10, 1936.

St. John & St. John, of Cullman, for petitioner.

BRICKEN, Presiding Judge.

Writ denied.

174 So. 903

## Fred MITCHELL v. STATE.
### 8 Div. 452.

Court of Appeals of Alabama.
May 25, 1937.

SAMFORD, Judge.

Appeal dismissed.

175 So. 922

## Mose MITCHELL v. STATE.
### 2 Div. 623.

Court of Appeals of Alabama.
June 29, 1937.

PER CURIAM.

Appeal dismissed.

164 So. 922

## David MIXON v. Lamb M. SMITH.
### 4 Div. 165.

Court of Appeals of Alabama.
Dec. 19, 1935.

See, also, 25 Ala.App. 521, 149 So. 721.

PER CURIAM.

Appeal dismissed for want of prosecution.

165 So. 921

## Cornelia MOORE v. CITY OF HUNTSVILLE.
### 8 Div. 209.

Court of Appeals of Alabama.
Jan. 23, 1936.

PER CURIAM.

Appeal dismissed for want of prosecution.

169 So. 911

## Sam MOORE v. STATE.
### 8 Div. 285.

Court of Appeals of Alabama.
June 2, 1936.

RICE, Judge.

Affirmed.

170 So. 922

## Willie MOORE v. STATE.
### I Div. 226.

Court of Appeals of Alabama.
Nov. 17, 1936.

BRICKEN, Presiding Judge.

Affirmed.